# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RAYMOND N. MANN & MARY L. MANN     Case Number: 08-70270
935 C STREET     SSN-xxx-xx-5641 & xxx-xx-8521
ROCKFORD, IL  61107

Case filed on:    1/31/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $425.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNITED RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAYMOND N. MANN | 0.00 | 0.00 | 425.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 425.00 | 0.00 |
| 001 | ADVANCED CALL CENTER TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 1,456.64 | 145.66 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,244.73 | 124.47 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,777.50 | 177.75 | 0.00 | 0.00 |
| 006 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HSBC NV / GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HSBC NV / GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD RADIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RPM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 10,726.33 | 1,072.63 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 2,050.86 | 205.09 | 0.00 | 0.00 |
| 024 | UW HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | UW MED FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WELLS FARGO FINANCIAL | 9,437.22 | 943.72 | 0.00 | 0.00 |
|  | Total Unsecured | 26,693.28 | 2,669.32 | 0.00 | 0.00 |
|  | Grand Total: | 26,693.28 | 2,669.32 | 425.00 | 0.00 |

Total Paid Claimant:    $425.00
Trustee Allowance:      $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan